IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, and | CIVIL ACTION NO. |
| v. | 6:17-CV-00100-JRH-GRS |
| DOLGENCORP, LLC, d/b/a DOLLAR GENERAL, | |
| Defendant. | |

## ORDER

Upon consideration of Terri T. Mosley's Motion to Intervene as Plaintiff and for good cause shown, it is hereby **ORDERED** that Terri T. Mosley be named a Plaintiff party in this matter. The Clerk is **DIRECTED** to file Terri T. Mosley's Complaint in Intervention, attached as Exhibit 1 to the Motion to Intervene, and serve the Complaint in Intervention using the CM/ECF system which will automatically send notification of such filing to the attorneys of record, including attorneys for Defendants.

Defendants must answer or otherwise respond to the Complaint in Intervention within 21 days from the date the Complaint in Intervention is filed and served through the CM/ECF system.

It is so ORDERED this 12th day of October, 2017.

_____
The Honorable G.R. Smith
United States Magistrate Judge