# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, and | ) | |
| TERRI T. MOSLEY, | ) ) | |
| Plaintiff-Intervenor, | ) ) ) | |
| v. | ) ) | CV617-100 |
| DOLGENCORP, LLC, d/b/a DOLLAR GENERAL, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

The Equal Employment Opportunity Commission (EEOC) moved the Court for a stay of all deadlines in this case to accommodate the lapse in appropriations and consequent shutdown of the Federal Government. Doc. 26. The plaintiff-intervenor and defendant do not oppose. *Id.* at ¶ 6. However, since the EEOC filed their motion, on January 22, 2018, Congress has passed a continuing resolution allowing the resumption of government operations. *See* Sheryl Gay Stolberg &Thomas Kaplan, *Shutdown Ends, Setting Up Clash Over "Dreamers"*, N.Y. TIMES, Jan. 23, 2018, at A1.

Given the limited duration of the shutdown, the Court **DENIES** the EEOC's request for a stay and extension of all deadlines. *See* doc. 26 at 3. The most imminent scheduling-order deadline is the close of discovery on February 26, 2018. Doc. 21 at 2. The Court expects that any disruption caused by the shutdown can be accommodated in the intervening time. However, since it appears that the defendant's deadline to furnish expert witness reports was January 22, 2018,[1] which passed during the shutdown, the Court **GRANTS** the EEOC's request for an extension of that deadline. *See* doc. 26 at 3 (requesting, in part, an extension of "all deadlines which occur during the term of any lapse in appropriations by the same time period as the lapse."). The deadline for defendant to furnish its expert witness report is January 26, 2018.

**SO ORDERED,** this 25th day of January, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Scheduling Order sets the deadline for defendant's expert witness reports on January 21, 2018, which was a Sunday. By operation of the Federal Rules, that deadline was automatically extended to the next day which was not a Saturday, Sunday, or a federal holiday. Fed. R. Civ. P. 6(a)(1)(C). Although the deadline at issue was defendant's, the shutdown may have impeded the EEOC's ability to satisfy itself of receipt of the report. Therefore, to spare the parties the inconvenience of further motions, the Court extends the deadline.