**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| TERRI T. MOSLEY, | * * | |
| Plaintiff-Intervenor, | * * | |
| v. | * * | CV 617-100 |
| DOLGENCORP, LLC, d/b/a DOLLAR General, | * * * | |
| Defendant. | * * | |

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

**IT IS ORDERED** that this case's pretrial conference will be at **10:00 a.m. on November 15, 2019 in Statesboro, Georgia.** Jury selection and trial will be at **9:00 a.m. on November 18, 2019 in Statesboro.** At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. <u>Lead counsel for each party shall attend the pretrial conference.</u>

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least twenty (20) days prior to the scheduled pretrial conference. All

responses thereto shall be submitted at least ten (10) days prior to the scheduled pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA